UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Summit Oaks of Oakdale Homeowners'       Case No. 22-cv-1921 (WMW/LIB)
Association,

                        Plaintiff,              **ORDER**

v.

Auto-Owners Insurance Company,

                        Defendant.

---

 Based upon the stipulation of dismissal, (Dkt. 28), and all the files, records and proceedings herein,

 **IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

 **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 16, 2024    <u>s/Wilhelmina M. Wright</u>
            Wilhelmina M. Wright
            United States District Judge